**Douglas SCARDO, Plaintiff–Appellant,**

v.

**METROPOLITAN LIFE INSURANCE COMPANY, Defendant–Appellee.**

No. 00–1642.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 10, 2001.

Decided Jan. 24, 2001.

James D. Morefield, Morefield, Kendrick, Hess & Largen, P.C., Abingdon, VA, for appellant. Marilyn M. Cochran, Allan M. Marcus, New York, NY, for appellee.

Before NIEMEYER, MICHAEL and KING, Circuit Judges.

PER CURIAM.

Douglas Scardo appeals the district court's order granting summary judgment in favor of Metropolitan Life Insurance Company (MetLife) on his claim that MetLife unreasonably terminated his long-term disability benefits. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Scardo v. Metropolitan Life Ins. Co.*, No. CA–99–146–1 (W.D.Va. Apr. 18, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*